# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

148981 (33)(39)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.

SC:  148981
COA:  319642
Muskegon CC:  12-062665-FH

_____/

On order of the Court, the motion to strike is GRANTED. The motion to take judicial notice is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019

t0618

Clerk